## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JEFFREY R. ZOLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-01213-TWP-DKL |
| | ) | |
| STATE OF INDIANA / INDIANA | ) | |
| DEPARTMENT OF CORRECTIONS AT | ) | |
| PLAINFIELD CORRECTIONAL | ) | |
| FACILITY, | ) | |
| PLAINFIELD CORRECTIONAL | ) | |
| OFFICERS & "OHN/JANE DOES," | ) | |
| | ) | |
| Defendants. | ) | |

### Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The request to proceed *in forma pauperis* is **granted**.

2.    The clerk shall change the Nature of Suit Code from 440 to 550.

3.    The Superintendent of the Plainfield Correctional Facility is added as a defendant in his/her official capacity only for the purpose specified herein.

a.  Discovery calculated to identify the unnamed defendants shall commence upon the appearance of counsel for the Superintendent of the Plainfield Correctional Facility.

b.  The plaintiff shall have 60 days after such appearance in which to file an amended complaint naming the person(s) claimed to be liable for the misdeeds

alleged in the complaint.

4.     The clerk is designated pursuant to *Fed.R.Civ.P.* 4(c)(3) to issue process to the Superintendent of the Plainfield Correctional Facility in the manner specified in Rule 4(d)(1). Process shall consist of the complaint, applicable forms and this Entry.

5.     The State of Indiana/Indiana Department of Corrections at the Plainfield Correctional Facility does not appear to be a "person" subject to suit under 42 U.S.C. § 1983. the state is not a "person" that can be sued under § 1983. *See Will v. Michigan Department of State Police,* 491 U.S. 58 (1989); *Omosegbon v. Wells*, 335 F.3d 668, 673 (7th Cir. 2003). The plaintiff shall have twenty (20) days following issuance of this Entry in which to show cause why any claim against this defendant should not be dismissed.

**IT IS SO ORDERED.**

Date: _08/31/2012_

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Superintendent
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168